IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:24-960 |
|---|---|---|
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | ) | 18 U.S.C. § 924(e) |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **TRAVIS RASHAD LANEY** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about April 25, 2024, in the District of South Carolina, the Defendant, **TRAVIS RASHAD LANEY,** knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about May 2, 2024, in the District of South Carolina, the defendant, **TRAVIS RASHAD LANEY,** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about May 9, 2024, in the District of South Carolina, the defendant, **TRAVIS RASHAD LANEY,** knowingly, intentionally and unlawfully did possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), and a quantity of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about May 9, 2024, in the District of South Carolina, the defendant, **TRAVIS RASHAD LANEY,** knowingly did use and carry firearms during and in relation to, and did possess firearms, including a machinegun that was capable of automatically shooting more than one shot, without manual reloading, by a single function of the trigger, in furtherance of, a drug trafficking crime as alleged in Count 3, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

# FORFEITURE

DRUG OFFENSES:

Upon conviction for felony violation of Title 21 United States Code as charged in this Indictment, the Defendant, **TRAVIS RASHAD LANEY.**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A  *true*  BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Ariyana Gore (#13881)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email: Ariyana.Gore@usdoj.gov